IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FREDERICK R. COTE, | ) | Case No. C 14-1156 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendant. | ) ) ) | |

    On March 12, 2014, plaintiff, proceeding *pro se*, filed a letter which commenced this action. The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a complaint within twenty-eight days would result in the dismissal of this action. More than

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Cote156disifpcomp.wpd

1 twenty-eight days have passed and plaintiff has not paid the filing fee, filed a completed IFP
2 application, or filed a complaint.[1]

3 Thus, the instant action is DISMISSED without prejudice. The clerk shall terminate all
4 pending motions, enter judgment, and close the file.

5 IT IS SO ORDERED.

6 DATED:  4/23/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] This action was reassigned to this court on April 18, 2014, after plaintiff failed to consent to magistrate judge jurisdiction. (Docket No. 6.)

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Cote156disifpcomp.wpd         2