IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK R. COTE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. C 14-1156 LHK (PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:     4/23/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\LHK\CR.14\Cote156jud.wpd